United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1815MN

_____

Thomas Louis Smykalski,                    *
                                           *
                Appellant,                 *
                                           *        Appeal from the United States
        v.                                 *        District Court for the District
                                           *        of Minnesota.
Lou Stender, Warden of Minnesota           *
Correctional Facility, Faribault,          *            [UNPUBLISHED]
                                           *
                Appellee.                  *

_____

Submitted:  October 20, 1997
Filed:  October 30, 1997

_____

Before FAGG, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

        Thomas Louis Smykalski appeals the district court's denial of Smykalski's 28
U.S.C. § 2254 petition for writ of habeas corpus.  Having considered the record and
the parties' briefs, we agree with the district court that Smykalski failed to satisfy the
prejudice requirement set forth in Strickland v. Washington, 466 U.S. 668, 694 (1984).
Specifically, Smykalski failed to show there was a reasonable probability he would
have acknowledged his guilt and accepted a plea offer had he been properly advised
about the risks of trial.  See Engelen v. United States, 68 F.3d 238, 241 (8th Cir. 1995).
Alternatively, Smykalski invites this panel to relieve Smykalski of his burden to

establish prejudice and to reinstate the cumulative error test in this circuit. Contrary to Smykalski's view, we are not at liberty to modify the <u>Strickland</u> decision. Likewise, we are not permitted to alter the holding of another panel of this court about the cumulative impact of an attorney's errors. <u>See</u> <u>Girtman v. Lockhart</u>, 942 F.2d 468, 474-75 (8th Cir. 1991). We also decline to consider arguments raised for the first time on appeal. The district court correctly denied Smykalski relief and further discussion is not warranted. We affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.